[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Laber,* Slip Opinion No. 2014-Ohio-3154.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2014-OHIO-3154

THE STATE OF OHIO, APPELLEE, *v.* LABER, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Laber,* Slip Opinion No. 2014-Ohio-3154.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2013-1174—Submitted June 24, 2014—Decided July 22, 2014.)

APPEAL from the Court of Appeals for Lawrence County,

No. 12CA24, 2013-Ohio-2681.

_____

{¶ 1} The cause is dismissed as having been improvidently accepted.

PFEIFER, O'DONNELL, KENNEDY, and O'NEILL, JJ., concur.

O'CONNOR, C.J., and LANZINGER and FRENCH, JJ., dissent from the decision to dismiss the appeal as improvidently accepted.

_____

Michael DeWine, Attorney General, Eric E. Murphy, State Solicitor, Michael J. Hendershot, Chief Deputy Solicitor, and Jeffrey Jarosch, Deputy Solicitor; and Brigham Anderson, Lawrence County Prosecuting Attorney, and Mack Anderson, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Peter Galyardt, Assistant Public Defender, for appellant.

_____